**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-2523**

---

JOHN J. "SWARTZ" TRENT,

 Plaintiff - Appellant,

 and

WHEELER PARTY,

 Plaintiff,

 versus

WSET; WDBJ; WSLS; THE NEWS AND ADVANCE,

 Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg.  Norman K. Moon, District Judge.  (CA-99-80-6)

---

Submitted: January 13, 2000      Decided:  January 19, 2000

---

Before WIDENER, WILKINS, and LUTTIG, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

John J. Trent, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John J. "Swartz" Trent appeals the district court's order granting in forma pauperis status and dismissing the complaint for failing to state a claim. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Trent v. WSET, No. CA-99-80-6 (W.D. Va. Nov. 16, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED